IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KENYA BROWN *o/b/o K.A.B.,*　　　　　　　　　　　　　　　　PLAINTIFF
*a minor*

v.　　　　　　　Case No. 3:13-CV-00081 BSM-JTK

CAROLYN W. COLVIN, Commissioner,
Social Security Administration　　　　　　　　　　　　　　　DEFENDANT

### ORDER

Pending is Plaintiff's Application to Proceed In Forma Pauperis (DE #1). The Clerk is hereby directed to forward Form AO-240 (Non-Prisoner) to Plaintiff so that she may supplement her application within fourteen days of this Order.

IT IS SO ORDERED this 29th day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE