IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KENYA BROWN, on behalf of
K.A.B., a minor                                                                                            PLAINTIFF

v.                                    CASE NO. 3:13CV00081 JTK

CAROLYN W. COLVIN, *Acting Commissioner,*
Social Security Administration                                                                 DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 14th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE